UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ROGER ROREAU, | ) | Civil No. 07-1047(FSH) |
| | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiff, | ) | **OPINION and ORDER** |
| v. | ) | |
| GENERAL ELECTRIC, et al., | ) | Date: October 9, 2007 |
| Defendants. | ) | |

**HOCHBERG, District Judge:**

This matter having come before the Court by way of letter dated September 28, 2007, regarding Plaintiff's failure to respond to discovery; and the United States Magistrate Judge having conducted a telephone conference on October 5, 2007; and Plaintiff's counsel having advised the Magistrate Judge that he has been unable to contact his client; and the Court suggesting that the case be administratively terminated for a finite period to enable plaintiffs counsel to locate his client and determine if the client wishes to proceed with this case; and the parties agreeing to the administrative termination of this case; and for good cause shown,

**IT IS** on this 9th day of October, 2007

**ORDERED** that the Clerk shall administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings so long as a written request to reopen is filed on or before **December 31, 2007.** If there is no request to reopen these proceedings on or before **December 31, 2007**, then the Complaint will be dismissed without prejudice; and it is further

**ORDERED** that Plaintiff's counsel shall provide a copy of this Order to the plaintiff by regular mail and certified mail/return receipt requested.

/s/  Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.